UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, Plaintiff, | ) ) ) ) CIVIL ACTION NO. |
| v. | ) ) |
| ADVANCED SPINE CENTERS, INC. d/b/a FIRST SPINE AND REHAB, EXCEL PHYSICAL THERAPY, INC., et al. Defendants. | ) ) ) ) |

**PLAINTIFF, METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY'S DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. RULE 7.1**

1. The Plaintiff, Metropolitan Property and Casualty Insurance Company ("Metropolitan") is a wholly-owned subsidiary of its parent company, MetLife, Inc.

2. MetLife, Inc. is the only publicly held corporation that owns more than ten percent (10%) of Metropolitan's stock.

Respectfully submitted,
By the Plaintiff,
Metropolitan Property and Casualty
Insurance Company,
By its attorneys,

__/s/ Richard A. McGovern__
Richard A. McGovern
BBO No. 546012
Joseph R. Ciollo
BBO No. 658630
McGovern & Ganem, P.C.
21 Merchants Row, 4th Floor
Boston, MA 02451
(617) 723-1444

Date: 4/16/2007